■ FEDERATED FINANCIAL CORPORATION OF AMERICA, as Assignee of Advanta Bank Corp., Respondent, v FORJONE TRUCKING & EXCAVATING, INC., et al., Appellants. [997 NYS2d 663]—Appeal from an order of the Supreme Court, Orleans County (James P. Punch, A.J.), entered September 30, 2013. The order denied the motion of defendants to vacate a default judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Fahey, Lindley, Sconiers and Whalen, JJ.